UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                                       Case No. 06-CR-344

KEITH HUGHES,

        Defendant.

## PRELIMINARY ORDER OF FORFEITURE

Upon consideration of the United States of America's stipulated motion, pursuant to Title 31, United States Code, Section 5317(c), and Rule 32.2 of the Federal Rules of Criminal Procedure, for entry of a preliminary order of forfeiture, Defendant Keith Hughes' admissions in his plea agreement, Mr. Hughes' plea of guilty to Count One of the Information filed on December 27, 2006, and the evidence admitted during the trial of Mr. Hughes' co-conspirator Connie Kinsman,

This Court FINDS that the real property located at 6975 Lakeshore Drive, Gulf Shores, Alabama, is traceable to property involved in the conspiracy to engage in structured currency transactions, to which Defendant Keith Hughes has pleaded guilty.

IT IS HEREBY ORDERED that all right, title, and interest of Keith Hughes in the real property located at 6975 Lakeshore Drive, Gulf Shores, Alabama, be, and hereby is, forfeited to the United States pursuant to Title 31, United States Code, Section 5317(c).

IT IS FURTHER ORDERED that, pursuant to Title 21, United States Code, Section 853(n)(1), the United States shall publish notice of this order and of its intent to dispose of the above-referenced property according to law.

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this order of forfeiture be incorporated by reference into the defendant's Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin, this 8th day of February, 2008.

s/ Rudolph T. Randa<br>
HON. RUDOLPH T. RANDA<br>
Chief United States District Judge